

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-18-00170-CR

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On April 4, 2018, this court denied relator's petition for writ of mandamus. On April 20, 2018, relator filed a Motion for Rehearing. The motion is DENIED.

It is so **ORDERED** on May 10, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2008-CRR-000657-D1, 2008-CRR-000662-DR, 2008-CRR-000665-D1, styled *State of Texas v. Abelardo G. Gonzalez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Philip A. Kazen, Jr. presiding.